UNITED STATES DISTRICT COURT
DISTRICT OF KANSAS

| | | | |
|---|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | Case Number: | **21-40010** |
| Plaintiff, | ) | | |
| vs. | ) | | |
| **DAVID JOHN RANGER,** | ) | | |
| Defendant. | ) | | |
| _____ | ) | Date of Hearing: | **7/28/21** |

CRIMINAL MINUTE SHEET – SENTENCING PROCEEDINGS

| JUDGE: | Hon. Toby Crouse, United States District Judge |
|---|---|
| COURT REPORTER: | Sherry Harris |
| COURTROOM DEPUTY: | Traci Anderson |

**APPEARANCES:** *court and parties appear by:* **IN PERSON**
- UNITED STATES OF AMERICA: **Christine Kenney**
- DEFENDANT'S COUNSEL: **Christopher Joseph**
- DEFENDANT: ☒ On Release – Present at hearing
- UNITED STATES PROBATION: **Stacey Beilman**

**CHARGE(S) OF CONVICTION:**

| OFFENSE(S): | Count 1 of Information: | 18 U.S.C. § 1343 – Wire fraud. |
|---|---|---|

**PROCEEDINGS:**
☒ Defendant sworn
☒ Presentence Investigation Report sealed and made part of the record
☒ Objections to Presentence Investigation Report:     ☒ No
☒ Government requests 3-level reduction for acceptance of responsibility – Court GRANTS.
☒ Parties discuss sentencing requests.
☒ Defendant requests placement at:  FCI El Reno, Oklahoma, or the closest place to Tulsa, Oklahoma where his children reside.

**IMPOSITION OF SENTENCE:**
☒ Defendant sentenced to the custody of the Federal Bureau of Prisons for a term of: **27 months.**
☒ This term of imprisonment shall be followed by <u>three years</u> of supervised release.
☒ The defendant is ordered to pay restitution in the amount of $416,000 to the victim previously identified by the court.
☒ Mandatory Special Assessment fee: $<u>100.00</u>
☒ Court recommends placement at:  FCI El Reno, Oklahoma or near Tulsa, Oklahoma.
☒ The government has agreed to dismiss the forfeiture allegation in the Information.
☒ Voluntary surrender is granted. The defendant shall report to the facility designated by the Bureau of Prisons, as notified by the U.S. Marshals.