IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

UNITED STATES OF AMERICA,

        Plaintiff,

        v.                            Case No. 5:21CR40010-001-TC

DAVID JOHN RANGER,

        Defendant.

ENTRY OF APPEARANCE

Please take notice that the undersigned attorney enters her appearance for Plaintiff, United States of America, in the above-captioned action. Copies of all pleadings and notices should now be served on Tanya Sue Wilson, Assistant United States Attorney at the address below.

        Respectfully submitted,

        DUSTON J. SLINKARD
        Acting United States Attorney

        s/ Tanya Sue Wilson
        TANYA SUE WILSON
        Assistant United States Attorney
        Ks. S.Ct. No. 11116
        Federal Building, Suite 290
        444 SE Quincy
        Topeka, Kansas, 66683-3592
        Telephone:  785-295-2850
        Facsimile:  785-295-2658
        E-mail: tanya.wilson@usdoj.gov
        Attorneys for the United States

CERTIFICATE OF SERVICE

       I hereby certify that on August 31, 2021, the foregoing was electronically filed with the clerk of the court by using the CM/ECF system, which will send a notice of electronic filing to the following: Christopher Joseph, Defendant's Attorney

       I further certify that on this date the foregoing document and the notice of electronic filing were served via the U.S. mail upon the following non-CM/ECF participants:  NONE.

       s/ Tanya Sue Wilson
       TANYA SUE WILSON
       Assistant United States Attorney